UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IRIS PEREZ,<br><br>      Plaintiff,<br><br>      vs.<br><br>TARGET STORES, INC., and DOES 1 to 100, inclusive,<br><br>      Defendants. | Case No.: CV 18-9214-DMG (KSx)<br><br>**ORDER REMANDING ACTION TO STATE COURT [7]** |

    The Court has considered the Stipulation of Defendant TARGET CORPORATION and Plaintiff IRIS PEREZ for Remand to the Los Angeles County Superior Court, and good cause appearing,

    IT IS HEREBY ORDERED THAT the Stipulation is APPROVED. This matter is hereby remanded to the Los Angeles County Superior Court pursuant to the terms of the Stipulation as Case No. BC710156.

DATED: November 6, 2018

                                     DOLLY M. GEE
                                     UNITED STATES DISTRICT JUDGE